JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

COURTNEY BRANSKE,

             Plaintiff,

        v.

KILOLO KIJAKAZI, Acting
Commissioner of Social
Security,

             Defendant.

Case No. EDCV 22-1733-JPR

**J U D G M E N T**

    For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT the Acting Commissioner's request for an order affirming her final decision is GRANTED and judgment is entered in the Acting Commissioner's favor.

DATED: November 28, 2023

_____
JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE